**UNITED STATES of America, Plaintiff—Appellee,**

v.

**William HARDY, III, Defendant— Appellant.**

No. 09–6502.

United States Court of Appeals, Fourth Circuit.

Submitted: July 30, 2009.

Decided: Aug. 5, 2009.

William Hardy, III, Appellant Pro Se. Darryl James Mitchell, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before MOTZ, KING, and DUNCAN, Circuit Judges.

PER CURIAM:

William Hardy, III, appeals the district court's orders denying his "Petition for a Writ of Audita Querela" and his motion to reconsider. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Hardy,* No. 2:00–cr–00069–RAJ–1 (E.D. Va. Jan. 30, 2009 & Feb. 23, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*